1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FREDERICK L. PARKER,                          1:10-cv-00019 DLB (PC)

12              Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
13          vs.                                     OR PAY FILING FEE WITHIN 45 DAYS

14    CORCORAN STATE PRISON, CSATF, et
      al.,
15
                  Defendants.
16    _____/

17
            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18
      1983.  Plaintiff submitted the incorrect application to proceed In Forma Pauperis pursuant to 28
19
      U.S.C. § 1915.
20
            Accordingly, IT IS HEREBY ORDERED that:
21
            Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
22
      attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
23
      the $350.00 filing fee for this action.  **No requests for extension will be granted without a**
24
      **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
25
      submit a certified copy of his/her prison trust statement for the six month period immediately
26
      preceding the filing of the complaint.
27
      /////
28

1    **Failure to comply with this order will result in a recommendation that this action be**

2    **dismissed.**

3        IT IS SO ORDERED.

4        **Dated:    January 7, 2010**                    /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28